**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**LINDA and JEREMIAH CRONIN** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 1:06CV116 LTS-RHW**

**ALLSTATE INSURANCE COMPANY,**
**JAMES W. SMITH, AND JWS, INC.** **DEFENDANTS**

# ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day entered, it is hereby

**ORDERED**

That the plaintiffs' motion to remand [5] tp remand and plaintiffs' amended motion to remand [17] are hereby **GRANTED**;

That this case is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

That the plaintiffs' motions to amend and correct their motion to remand [13] [15] is hereby **GRANTED**.

Decided this 26th day of July, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge

...